**Motion DENIED.**

This the ____ day of _____, 20___.

/s/Louise W. Flanagan, U.S. District Judge

FILED

JUN 1 6 2017

PETER A. MOORE, JR, CLERK
US DISTRICT COURT, EDNC
BY S.W.I. DEP CLK

JUDGE FLANAGAN,

CASE # 4:14-CR-00066-7L
CASE NAME USA V. DOWD

I WANT TO FILE A MOTION ON NOT GETTING
ALL MY TIME FROM WHEN I WAS SENTENCED 1-6-16
IM MISSIN A YEAR OF TIME, I WANNA ALSO ADD
A CHANGE TO MY SUBSTANCE ABUSE HISTORY AS IT
IS NOT CORRECT AS STATED, AND AS WELL AS MY
SENTENCING ORDERS IS NOT BEIN APPLIED AS ORDERED.
I TRYED TO CONTACT LAWRENCE BRENNER TO NO AVAIL
WILL HE RESPOND TO ME OR MY FAMILY THAT TRYS
TO MAKE CONTACT WITH HIM. THERE'S MORE THAT NEEDS
TO BE ADDED AND FIXED IF ALL POSSIBLE IM
SEEKING THIS TO HELP RESOLVE THE MATTER AT
HAND PLEASE HELP ME OUT AND NOT TO BE A
BOTHER IM SEEKING ALL I CAN TO CORRECT
THE MISTAKES THAT WERE MADE THANK YOU
FOR YOUR TIME

I ALSO REQUEST MY
DOCKET SHEET TO BE
MAILED TO ME TO PLEASE

ORIG./COPY MADE