IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-66-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHARLES ROBERT DOWD, JR., | ) | |
| Defendant | ) | |

This matter is before the court on defendant's motion for copy of plea agreement and for jail credit (DE 99). Issues regarding sentencing credit for time served are within the jurisdiction of the Bureau of Prisons, and petitions seeking review of decisions by the Bureau of Prisons regarding calculation of time served may be filed pursuant to 28 U.S.C. § 2241, upon exhaustion of administrative remedies. See United States v. Wilson, 503 U.S. 329, 331 (1992); United States v. Brown, 343 F. App'x 934, 936 (4th Cir. 2009). Defendant has filed such a motion in a separate case, and the court has directed a response in that case. See 5:18-HC-2084-FL. Accordingly defendant's motion for jail credit in this criminal case is DISMISSED.

With respect to defendant's request for a copy of plea agreement, there is no memorandum of plea agreement filed in this case. The court's record of arraignment indicates that guilty plea was entered without filing of plea agreement in the instant matter. Therefore, defendant's motion for copy of plea agreement is DENIED.

SO ORDERED, this the 12th day of July, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge