UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charles Robert Dowd Jr.**                    **Docket No. 4:14-CR-66-1FL**

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Robert Dowd Jr., who, upon a finding of guilt by jury to Communicating False Distress Messages and Aiding and Abetting, in violation of 14 U.S.C. § 88(c) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 6, 2016, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Charles Robert Dowd Jr. was released from custody on November 18, 2019, at which time the term of supervised release commenced.

On September 3, 2025, the defendant's supervised release was revoked due to new criminal conduct and using a controlled substance. He was given a time served term of imprisonment and placed on a new two-year term of supervised release with additional special conditions. His new term of supervised release commenced on September 3, 2025.

On December 4, 2025, a violation report was submitted due to the defendant being discharged from the Healing Transitions Program. He was allowed to remain on supervised release and instructed to return to the Healing Transitions Program when eligible.

On January 14, 2026, a Motion for Revocation was filed due to the defendant using a controlled substance and failing to participate in a substance abuse treatment program. The Honorable Louise W. Flanagan, United States District Judge ordered the issuance of a warrant. The warrant was served on January 20, 2026.

On January 27, 2026, the defendant was ordered to be released, pending his revocation hearing, by The Honorable Brian S. Meyers, United States Magistrate Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the defendant's detention hearing on January 27, 2026, Your Honor ordered him to be restricted to the premises of the facility, Fathers Forever.

On February 17, 2026, the defendant was removed from the Fathers Forever program because they were unable to provide the level of mental health services needed by the defendant. He enrolled at Durham RI, an inpatient recovery response center from February 17, 2026-February 23, 2026. After his release from Durham RI, the defendant re-enrolled in the Healing Transitions program, where he has previously been enrolled for residential substance abuse treatment.

It is the recommendation of the probation office for the condition requiring him to remain at Fathers Forever be removed, and he be ordered to remain at the Healing Transitions program. Additionally, all other conditions, including home detention with GPS monitoring, will remain in place.

**Charles Robert Dowd Jr.**
**Docket No. 4:14-CR-66-1FL**
**Petition For Action**
**Page 2**

This proposed modification has been discussed with AUSA Nucci and AFPD Murray, all parties are in agreement to allow the defendant to remain in the community and re-enroll in treatment at Healing Transitions.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.      The defendant is no longer restricted to the premises of Fathers Forever.

2.      The defendant shall be restricted to the premises of Healing Transitions at all times except as specified in the defendant's Order Setting Conditions of Release, Paragraph (7)(p)(ii), Home Detention. Defendant shall participate in any course of treatment recommended by the facility and shall abide by all rules, requirements, and conditions of the facility.

3.      The defendant's previous Order Setting Conditions of Release, Paragraph (7)(v), is modified to replace Fathers Forever with Healing Transitions

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: February 23, 2026

### ORDER OF THE COURT

Considered and ordered this 23rd day of February, 2026, and ordered filed and made a part of the records in the above case.

Brian S. Meyers
U.S. Magistrate Judge

**FOR JUDGE'S VIEW ONLY**

**DO NOT FILE**



**Charles Robert Dowd Jr.**
**Docket No. 4:14-CR-66-1FL**